*amicus curiae,* in support of the petition.

No. 250.  LELAND STANFORD JUNIOR UNIVERSITY ET AL. *v.* NATIONAL SUPPLY Co.  October 18, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. John T. Pigott* for petitioners. *Messrs. Allen L. Chickering, Walter C. Fox, Jr.,* and *Vincent I. Compagno* for respondent.

No. 282.  LISS ET AL. *v.* UNITED STATES;
No. 283.  LONDONER *v.* UNITED STATES;
No. 284.  COHEN ET AL. *v.* UNITED STATES;
No. 285.  MAINELLA *v.* UNITED STATES;
No. 286.  FOX ET AL. *v.* UNITED STATES; and
No. 287.  LOWENSTEIN *v.* UNITED STATES.  October 18, 1943.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Charles V. Halley, Jr.* for petitioners in Nos. 282, 284, 285, and 287; *Mr. Abraham S. Robinson* for petitioner in No. 283; and *Mr. Max Schwartz* for petitioners in No. 286.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.  Reported below: 137 F. 2d 995.

No. 296.  MACH *v.* ABBOTT COMPANY.  October 18, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Paul R. Stinson* for petitioner.  *Mr. Fred A. Wright* for respondent.